**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6093**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

HOWELL WAY WOLTZ,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   W. Earl Britt, Senior
District Judge.   (3:08-cv-00438-WEB)

Submitted:  April 28, 2011                Decided:  May 4, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howell  Way  Woltz,  Appellant  Pro  Se.    Amy  Elizabeth  Ray,
Assistant  United  States  Attorney,  Asheville,  North  Carolina,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell Way Woltz appeals the district court's order denying his motion for sanctions, pursuant to Fed. R. Civ. P. 11(c), and for a different judge to conduct a hearing on his motion for sanctions. We have reviewed the record and we conclude there was no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Woltz, No. 3:08-cv-00438-WEB (W.D.N.C. Jan. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2